445 A.2d 207

Cedarbrook v. Carroll, Grisdale etc. et al.

Appeal of Carroll, Grisdale and Van Alen.

Argued September 9, 1980. Roger B. Wood, for appellants; John M. McAllister, for Cedarbrook, appellee; Ronald H. Sherr, for Hunt, Williard, Armstrong and Asbestos, appellees.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment affirmed.

445 A.2d 207

Celina Mutual Insurance Co., Appellant v.
Harleysville Insurance.

Argued January 18, 1982. Robert David Thompson, for appellant; Donald Blaine Scace, submitted a brief on behalf of appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

The order of June 5, 1981 is affirmed.